No. 86–1856.  NORTHWEST CENTRAL PIPELINE CORP. v. STATE CORPORATION COMMISSION OF KANSAS ET AL.  Appeal from Sup. Ct. Kan.;

No. 86–1857.  CONTINENTAL BANK INTERNATIONAL v. CITY OF NEW YORK, DEPARTMENT OF FINANCE.  Appeal from Ct. App. N. Y.;

No. 86–1940.  SHEET METAL WORKERS' INTERNATIONAL ASSN. ET AL. v. LYNN.  C. A. 9th Cir.;

No. 87–42.  CLIFT v. INTERNATIONAL UNION, UNITED AUTO-MOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) ET AL.  C. A. 7th Cir.; and

No. 87–133.  BUCHANAN v. STANSHIPS, INC., ET AL.  C. A. 5th Cir.  The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 86–2035.  CHESAPEAKE & OHIO RAILWAY CO. v. ALDRIDGE ET AL.  C. A. 4th Cir.  Motion of Association of American Railroads et al. for leave to file a brief as *amici curiae* granted.

No. 86–6284.  SATTERWHITE v. TEXAS.  Ct. Crim. App. Tex. [Certiorari granted, 482 U. S. 905.]  Motion for appointment of counsel granted, and it is ordered that Richard D. Woods, Esq., of San Antonio, Tex., be appointed to serve as counsel for petitioner in this case.

No. 86–6757.  COY v. IOWA.  Sup. Ct. Iowa.  [Probable jurisdiction noted, 483 U. S. 1019.]  Motion of appellant to seal the record granted.  Motion for appointment of counsel granted, and it is ordered that Paul J. Papak, Esq., of Iowa City, Iowa, be appointed to serve as counsel for appellant in this case.

No. 86–6964.  IN RE CONCOBY.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until October 26, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of madamus